IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAMARIAN MORELAND,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

Case No.    5D21-2245
LT Case No. 05-2017-CF-029876-D

_____/

Decision filed July 5, 2022

Appeal from the Circuit Court
for Brevard County,
David C. Koenig, Judge.

Matthew J. Metz, Public Defender, and
Glendon G. Gordon, Jr., Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J. Bradford,
Jr., Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

EVANDER, NARDELLA and WOZNIAK, JJ., concur.